**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>_NORTHERN_ **DISTRICT OF** _OHIO_ | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>David R. Sharrock | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>D&D Rentals, Equity Lenders | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XXX-XX-2002 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>993 Lexington Avenue<br>Mansfield, OH<br>ZIP CODE 44907 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Richland County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) | |
|---|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests: _____<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

40060ʒ7

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): David R. Sharrock |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | David R. Sharrock |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/David R. Sharrock
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
October 23, 2012
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ John A. Polinko
_____
Signature of Attorney for Debtor(s)
John A. Polinko (0073967)
_____
Printed Name of Attorney for Debtor(s)
McDonald Hopkins LLC
_____
Firm Name
600 Superior Avenue, East
_____
Address
Suite 2100
Cleveland, OH 44114
216-348-5400
_____
Telephone Number
October 23, 2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re_____          Case No._____
          Debtor(s)                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

4006075

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  □ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

2

# United States Bankruptcy Court
## Northern District of Ohio

In re David R. Sharrock
    Debtor

Case No. _____
Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | $3,995,000.00 | | |
| B - Personal Property | Yes | 4 | $18,210.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $1,825,343.66 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | $44,327.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 53 | | $4,934,083.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $49,752.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $53,018.57 |
| **Total** | | 29 | $4,013,210.00 | $6,803,755.42 | |

# United States Bankruptcy Court

## _____ District Of _____

In re _____,          Case No. _____
                Debtor

                                                  Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

4021189

In re   __David R. Sharrock_____          Case No._____
                 **Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Church and Parking Lot<br>735 8th Avenue, Ashland, OH<br>Parcel No. 43-024-0-0056-00<br>  * Note: One of several properties securing claim. | Fee Simple | | $55,000.00 | $410,234.00 |
| Commericial Building and TV Tower<br>3333 Parcher Road, Bucyrus, OH<br>Parcel Nos. 28-00-06660.000, 28-00-06656.003, 28-00-06660.100<br>  * Note: One of several properties securing claim. | Fee Simple | | $150,000.00 | $167,167.00 |
| Church and Parking Lot<br>4594 State Route 96, Bucyrus, OH<br>Parcel No. 28-0065196.00<br>  * Note: One of several properties securing claim. | Fee Simple | H | $30,000.00 | $410,234.00 |
| Church<br>1652 Whetstone Street, Bucyrus,OH<br>Parcel No. 44-0013850.000<br>  * Note: One of several properties securing claim. | Fee Simple | J | $175,000.00 | $143,709.00 |
| Single Family<br>2933 State Route 97, Butler, OH<br>Parcel No. 049-12-002-16-000<br>  * Note: One of several properties securing claim. | Fee Simple | | $97,000.00 | $410,234.00 |
| Single Family<br>7725 Oldfield Road, Crestline, OH<br>Parcel No. 23-0005386.000 | Fee Simple | J | $105,000.00 | $240,974.00 |

In re _____David R. Sharrock_____                                   Case No._____
                  **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Church, Parking Lot and Modular 912 Edward Street, Galion, OH Parcel No. 19-0022691.000 & 19-0065191.000   * Note: One of several properties securing claim. | Fee Simple | J | $50,000.00 | $410,234.00 |
| Single Family 6270 Glade Avenue, Galion, OH Parcel No. 31-17-09376.000 & 31-17-09377.000   * Note: Secured by multiple properties. | Fee Simple | | $79,000.00 | $143,709.00 |
| Single Family 316 Kroft Aveue, Galion, OH Parcel No.  19-00-25182.000   * Note: One of several properties securing claim. | Fee Simple | J | $59,000.00 | $143,709.00 |
| Single Family 3872 Maxwell Drive, Lexington, OH Parcel No. 047-26-048-16-000 | Fee Simple | J | $95,000.00 | $65,242.00 |
| Single Family 40 Moffett Road, Lucas, OH Parcel No. 020-16-179-15-000, 020-16-179-16-000, 020-16-179-17-000 & 020-16-179-14-000   * Note: One of several properties securing claim. | Fee Simple | H | $69,000.00 | $410,234.00 |
| Single Family 3323 Parcher Road, Bucyrus, OH Parcel No. 28-0006660.000   * Note: One of several properties securing claim. | Fee Simple | J | $122,500.00 | $167,167.00 |
| Single Family 324 1st Street Avenue, Mansfield, OH Parcel No. 027-05-114-02-000 | Fee Simple | J | $30,000.00 | $24,670.00 |
| 12 Unit Apartment 92 West 2nd Street, Mansfield, OH Parcel No. 027-0110815000 | Fee Simple | J | $210,000.00 | None |
| Commericial Bldg. 2900 West 4th Street, Mansfield, OH Parcel No. 038-60-179-07-000 & 038-60-179-08-000 | Fee Simple | J | $395,000.00 | $168,489.00 |

In re ___David R. Sharrock_____          Case No._____
                **Debtor**          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commericial Bldg and Parking Lot<br>1399 Ashland Road, Mansfield, OH<br>Parcel No. 025-092-7214-001 and 025-092-7214-000 | Fee Simple | J | $279,000.00 | None |
| Church & Parking Lot<br>636 Brace, Mansfield, OH<br>Parcel No. 026-11-095-07-000, 026-11-088-06-000, 026-11-088-07-000, and 026-11-500-24-000<br>  * Note: One of several properties securing claim. | Fee Simple | J | $60,000.00 | $410,234.00 |
| Church and Parking Lot<br>150 - 152 Cline Avenue, Mansfield, OH<br>Parcel No. 027-01-060-13-000<br>  * Note: One of several properties securing claim. | Fee Simple | | $74,500.00 | $410,234.00 |
| Commericial Bldg and House<br>2701 Crider Road, Mansfield, OH<br>Parcel No. 021-17-014-01-000<br>  * Note: One of several properties securing claim. | Fee Simple | H | $120,000.00 | $410,234.00 |
| Church and Parking Lot<br>407 Dean Road, Mansfield, OH<br>Parcel No. 027-04-246-17-000 and 027-04-246-18-000 | Fee Simple | | $55,000.00 | None |
| Vacant Lot<br>South Diamond Street, Mansfield, OH<br>Parcel No. 028-90-021-08-000 | Fee Simple | | $25,000.00 | None |
| Vacant Lot<br>2000 Fleming Road, Mansfield, OH<br>Parcel No. 021-17-018-04-000 | Fee Simple | | $15,000.00 | None |
| Church and Parking Lot<br>259 Glessner Avenue, Mansfield, OH<br>Parcel No. 0270112434000<br>  * Note: One of several properties securing claim. | Fee Simple | | $400,000.00 | $268,333.00 |
| Two Single Family House<br>615 and 671 Karlson Dr., Mansfield, OH<br>Parcel No. 056-92-183-08-000 and 056-92-157-03-000<br>  * Note: One of several properties securing claim. | Fee Simple | J | $184,000.00 | $268,333.00 |

In re   David R. Sharrock_____          Case No._____
                **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Office Building<br>993 Lexington Ave., Mansfield, OH<br>Parcel No. 027-02-052-05-000<br>  * Note: One of several properties securing claim. | Fee Simple | H | $150,000.00 | $268,333.00 |
| Single Family<br>1015 Lexington Ave., Mansfield, OH<br>Parcel No. 027-07-099-12-000<br>  * Note: One of several properties securing claim. | Fee Simple | H | $79,000.00 | $268,333.00 |
| Single Family<br>1831 Millsboro Road, Mansfield, OH<br>Parcel No. 037-28-029-08-000, 037-28-029-07-000, 037-28-029-06-000 and 037-28-029-05-000 | Fee Simple | J | $225,000.00 | $133,000.00 |
| Commericial Bldg.<br>500 Park Avenue West, Mansfield, OH<br>Parcel No. 027-03-078-16-000 | Fee Simple |  | $110,000.00 | $96,000.00 |
| Single Family<br>1004 Springmill Street, Mansfield, OH<br>Parcel No. 026-11-146-05-000 | Fee Simple | H | $40,000.00 | None |
| Vacant Lot<br>State Route 309, Mansfield, OH<br>Parcel No. 038-60-207-09-000 and 038-60-207-10-000 | Fee Simple |  | $99,000.00 | None |
| Single Family<br>29 Swanger Avenue, Mansfield, OH<br>Parcel No. 027-0600612.000 | Fee Simple | H | $25,000.00 | None |
| Single Family<br>790 Taylortown Road, Mansfield, OH<br>Parcel No. 011-40-128-16-000 & 011-40-129-01-003 | Fee Simple | J | $125,000.00 | None |
| Single Family<br>380 R. Wayne Street, Mansfield, OH<br>Parcel No. 027-05-090-11-000 | Fee Simple | J | $45,000.00 | None |
| Church and Parking Lot<br>667 Henry Street, Marion, OH<br>Parcel No. 12-319000.2800<br>  * Note: One of several properties securing claim. | Fee Simple | J | $35,000.00 | $410,234.00 |

In re    David R. Sharrock                              Case No._____
                **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family<br>160 Dix Avenue, Marion, OH<br>Parcel No. 12-115000.9200 | Fee Simple | H | $29,000.00 | None |
| Single Family<br>29 Chantilly Terrace, Bay  St. Louis, MS<br>Parcel No. | Fee Simple | H | $99,000.00 | None |
|  |  | Total -> | $3,995,000.00 |  |

(Report also on Summary of Schedules.)

In re:  David R. Sharrock_____                          Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | | | $360.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Mechanics Savings<br>971 Lexington Avenue<br>Mansfield, OH 44907<br><br>Money Market<br>Account #0160046748<br>Balance $200.00<br><br>DRL Account<br>Account #0177085532<br>Balance $550.00 | 750.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Rooms of Furniture located at 1624 Estate Court, Mansfield, OH 44906 | 7,000.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Old Bibles located at 1624 Estate Court, Mansfield, OH 44906 | 1,500.00 |
| 6.  Wearing apparel. | | Men's clothing located at 1624 Estate Court, Mansfield, OH 44906 | 500.00 |
| 7.  Furs and jewelry. | | Jewelry located at 1624 Estate Court, Mansfield, OH 44906 | 800.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | 38 handguns located at 1624 Estate Court, Mansfield, OH 44906 | 450.00 |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension of profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interest in partnerships or joint ventures. Itemize | | David Trust Properties LLC 993 Lexington Avenue Mansfield, OH 44907 100% Membership<br><br>D&D Charity, LLC 993 Lexington Avenue Mansfield, OH 44907 50% Membership<br><br>D.R.L. Properties Trust, LLC 993 Lexington Avenue Mansfield, OH 44907 50% Membership<br><br>92 West 2nd Street, LLC 993 Lexington Avenue Mansfield, OH 44907 50% Membership<br><br>2701 Crider Road, LLC 993 Lexington Avenue Mansfield, OH 44907 50% Membership | Unliquidated |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivables | | Rent from Rental Properties | 1,850 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance polity, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defied in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Dodge Durango 4x4 located at 1624 Estate Court, Mansfield, OH 44906 | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Desk, table, 9 chairs, filing cabinets, copy/fax machine 993 Lexington Road Mansfield, OH | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops – growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |
| **TOTAL:** | | | $18,210.00 |

In re __David R. Sharrock_____,                    Case No. _____
                __Debtor__                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
☐    11 U.S.C. § 522(b)(2)
☑    11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Real Property | Ohio Rev. Code Ann. § 2329.66(A)(1) | $21,625 | $250,000.00 |
| Cash on Hand<br>Cash | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) | $225.00 | $360.00 |
| Checking Account | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) | $200.00 | $200.00 |
| Household Goods and Furnishings<br>Debtor's Household Goods and Furnishings | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) | $7,000.00 | $7,000.00 |
| Wearing Apparel | Ohio Rev. Code Ann. § 2329.66(A)(3) | $500.00 | $500.00 |
| Furs and Jewelry | Ohio Rev. Code Ann. § 2329.66(A)(4)(C) | $800.00 | $800.00 |
| Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans | Ohio Rev. Code Ann. § 2329.66(A)(10)(C) | $0.00 | $0.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles | Ohio Rev. Code Ann. § 2329.66(A)(2) | $2,500.00 | $2,500.00 |

{3996831:}

In re __David R. Sharrock__                                         Case No._____

                **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Chase Bank<br>P.O. Box 9001022<br>Louisville, KY 40290<br>US | X | | Mortgage Loan No. 460966289001 for real property located at 2900 West 4th Street, Mansfield, OH<br><br>Value: Undetermined | | | | $168,489.18 | Undetermined |
| **ACCOUNT NO.**<br>Citizens Bank<br>P.O. Box 5016<br>Sandusky, OH 44871<br>US | X | | Mortgage Loan No. 5017402 for real property located at 500 Park Avenue W., Mansfield, OH<br><br>Value: Undetermined | | | | $96,000.00 | Undetermined |
| **ACCOUNT NO.**<br>Citizens Bank<br>P.O. Box 5016<br>Sandusky, OH 44871<br>US | X | | Mortgage Loan No. 5019033 for real property located at 1831 Millsboro Road, Mansfield, OH<br><br>Value: Undetermined | | | | $133,000.00 | Undetermined |
| **ACCOUNT NO.**<br>First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH 44833<br>US | X | | Mortgage Loan No. 303017779 for real properties located (See Attachment).<br><br>Value: Undetermined | | | | $143,708.95 | Undetermined |
| | | | Subtotal -> | | | | $541,198.13 | $0.00 |

Generated using CasefilePRO

In re   **David R. Sharrock**                                        Case No._____
                     **Debtor**                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH 44833<br>US | X | | Mortgage Loan No. 04-9161-03 for real property located at 259 Glessner Avenue, Mansfield, OH<br><br>Value: Undetermined | | | | $107,525.79 | Undetermined |
| ACCOUNT NO.<br>First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH 44833<br>US | X | | Mortgage Loan No. 303017672 for real properties located at (See Attachment 2).<br><br>Value: Undetermined | | | | $268,333.00 | Undetermined |
| ACCOUNT NO.<br>First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH 44833<br>US | X | | Mortgage Loan No. 0303018521 for real propety located at 3323 Parcher Road, Bucyrus, OH and 3333 Parcher Road, Bucyrus, OH.<br><br>Value: Undetermined | | | | $167,166.82 | Undetermined |
| ACCOUNT NO.<br>Garland Johnson<br>3535 State Route 602<br>Bucyrus, OH 44820 | X | | Mortgage for real property located at 324 1st Ave., Mansfield, OH.<br><br>Value: Undetermined | | | | $24,670.36 | Undetermined |
| ACCOUNT NO.<br>Mechanics Savings Bank<br>2 South Main Street<br>Mansfield, OH 44902<br>US | X | | Morgage Loan No. 9930004014 for real property located at 3872 Maxwell Rd., Lexington, OH.<br><br>Value: Undetermined | | | | $65,242.08 | Undetermined |
| ACCOUNT NO.<br>PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285<br>US | | | Mortgage Loan No. 4857058700000478 for real property located at 7725 Oldfield Rd., Crestline, OH.<br><br>Value: Undetermined | | | | $240,973.28 | Undetermined |
| ACCOUNT NO.<br>Sutton Bank<br>P.O. Box 505<br>Attica, OH 44807<br>US | | | Mortgage Loan No. 60446234 for real property located at (See Attachment 3).<br><br>Value: Undetermined | | | | $410,234.20 | Undetermined |
| | | | Subtotal -> | | | | $1,284,145.53 | $0.00 |

In re   **David R. Sharrock**                Case No._____

            **Debtor**                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Subtotal -> | | | | $0.00 | $0.00 |
| | | | Grand Total -> | | | | $1,825,343.66 | $0.00 |

In re     David R. Sharrock                  Case No._____
             **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

In re    David R. Sharrock                                                       Case No._____

                        **Debtor**                                                     **(If known)**

☒ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re    David R. Sharrock                                    Case No._____
                    **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Deposits by individuals

(Continuation Sheet)

Deposits by individuals

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>David and Marlene Petty II<br>671 Karlson Drive<br>Mansfield, OH 44904<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $200.00 | $200.00 | Undetermined |
| **ACCOUNT NO.**<br>David D. Hanes<br>7725 Oldfield Road<br>Crestline, OH 44827<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $1,000.00 | $1,000.00 | Undetermined |
| **ACCOUNT NO.**<br>James L. Mullins<br>2933 State Route 97<br>Butler, OH 44822<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $495.00 | $495.00 | Undetermined |
| **ACCOUNT NO.**<br>Jasmine Bucher<br>1015 Lexington Avenue<br>Mansfield, OH 44907 | | | DEPOSITS BY INDIVIDUALS | X | | | $299.00 | $299.00 | Undetermined |
| **ACCOUNT NO.**<br>Jerrio Brown and Lisa Finfgeld<br>92 West 2nd Street, Unit 12<br>Mansfield, OH 44902<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $295.00 | $295.00 | Undetermined |
| **ACCOUNT NO.**<br>Jill Stall<br>316 Kroft Avenue<br>Galion, OH 44833<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| | | | Subtotal -><br>(Totals of this page) | | | | $2,388.00 | | $0.00 |

Generated using CasefilePRO

12-62878-rk    Doc 1    FILED 10/23/12    ENTERED 10/23/12 12:01:01    Page 23 of 99

In re   <u>David R. Sharrock</u>                                            Case No.<u>         </u>

                    **Debtor**                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

DEPOSITS BY INDIVIDUALS

(Continuation Sheet)

DEPOSITS BY INDIVIDUALS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John and Carol Jacobson<br>29 Chantilly Terrace Bay<br>St Louis, MO 39520<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $2,000.00 | $2,000.00 | Undetermined |
| ACCOUNT NO.<br>Kristen Clarke<br>160 Dix Street<br>Marion, OH 43302<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $550.00 | $550.00 | Undetermined |
| ACCOUNT NO.<br>Lauren Clark<br>92 West 2nd Street, Unite 7<br>Mansfield, OH 44902<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $250.00 | $250.00 | Undetermined |
| ACCOUNT NO.<br>Monique S. Sheridan<br>92 West 2nd Street, Unit 4<br>Mansfield, OH 44902<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| ACCOUNT NO.<br>Nu Hope Church<br>636 Brace Street<br>Mansfield, OH 44905<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $1,327.00 | $1,327.00 | Undetermined |
| ACCOUNT NO.<br>Paster Logan<br>Ambassador<br>152 Cline Avenue<br>Mansfield, OH 44907<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $600.00 | $600.00 | Undetermined |
| | | | | | Subtotal -><br>(Totals of this page) | | | $4,826.00 | $0.00 |

B 6E (Official Form 6D)(12/07)

In re   <u>David R. Sharrock</u>                                Case No.<u>           </u>

                  **Debtor**                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

DEPOSITS BY INDIVIDUALS

(Continuation Sheet)

DEPOSITS BY INDIVIDUALS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Pastor David Howell <br> 407 Dean Road <br> Mansfield, OH 44903 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $249.00 | $249.00 | Undetermined |
| **ACCOUNT NO.** <br> Shirley and Rufus Mongague <br> 92 West 2nd Street, Unit 10 <br> Mansfield, OH 44902 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| **ACCOUNT NO.** <br> Sierra Burton <br> 92 West 2nd Street, Unit 2 <br> Mansfield, OH 44902 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| **ACCOUNT NO.** <br> Steven and Cinta Sifred <br> 363 Cherry Street <br> Galion, OH 44833 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $750.00 | $750.00 | Undetermined |
| **ACCOUNT NO.** <br> Tamara Barrett <br> Flamming Ferguson & Barrett <br> 40 Moffett Road <br> Lucas, OH 44843 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| **ACCOUNT NO.** <br> Tikece Brent <br> 92 West 2nd Street, Unit 1 <br> Mansfield, OH 44902 <br> US | | | DEPOSITS BY INDIVIDUALS | X | | | $310.00 | $310.00 | Undetermined |
| | | | | | | Subtotal -> <br> (Totals of this page) | $1,606.00 | $0.00 |

In re    David R. Sharrock                          Case No._____
            **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

DEPOSITS BY INDIVIDUALS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Twila McFairen<br>92 West 2nd Street, Unit 6<br>Mansfield, OH 44902<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $100.00 | $100.00 | Undetermined |
| **ACCOUNT NO.**<br>Wendy Aronhalt<br>92 West 2nd Street, Unit 9<br>Mansfield, OH 44902<br>US | | | DEPOSITS BY INDIVIDUALS | X | | | $99.00 | $99.00 | Undetermined |
| | | | | | | Subtotal -><br>(Totals of this page) | | $199.00 | $0.00 |

In re   David R. Sharrock                                                Case No._____

                      **Debtor**                                                     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

(Continuation Sheet)

TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Joan Kasotis <br> Marion County Auditor <br> 222 West Center Street <br> Marion, OH 43302 <br> US | | | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | | | $962.87 | $962.87 | Undetermined |
| ACCOUNT NO. <br> Patrick W. Dropsey <br> Richland County Auditor <br> 50 Park Avenue East <br> Mansfield, OH 44902 <br> US | | | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | X | | | $25,000.00 | $25,000.00 | Undetermined |
| ACCOUNT NO. <br> Phil Leibolt, Ashland County Auditor <br> Ashland County Courthouse <br> 142 West 2nd Street <br> Ashland, OH 44805 <br> US | | | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | | | $1,135.81 | $1,135.81 | Undetermined |
| ACCOUNT NO. <br> Robin E. Hildebrand <br> Crawford County Auditor <br> 112 East Mansfield Street <br> Bucyrus, OH 44820-0150 <br> US | | | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | | | $8,210.12 | $8,210.12 | Undetermined |
| | | | Subtotal -> <br> (Totals of this page) | | | | | $35,308.80 | $0.00 |
| _0_ continuation sheets attached | | | Total -> <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $44,327.80 | | |
| | | | Total -> <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $44,327.80 | $0.00 |

In re    __David R. Sharrock__                                                      Case No._____
                   **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     ☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Anne Vaughn, Trustee 324 Chapman Way Lexington, OH 44904 US | | | UNSECURED LOAN | | | | $113,000.00 |
| **ACCOUNT NO.** Bank of America P.O. Box 15019 Mansfield, OH 44907-0524 US | | | DEBT | | | | $14,022.43 |
| **ACCOUNT NO.** Blane Finnegan 10 Harding Heights Blvd. Mansfield, OH 44905 US | | | UNSECURED LOAN | | | | $234,572.00 |
| | | | Subtotal -> | | | | $361,594.43 |

9  continuation sheets attached

In re    David R. Sharrock                       Case No. _____

            **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bruce Edmonds<br>2149 Cotter Road<br>Mansfield, OH 44903<br>US | | | UNSECURED LOAN | | | | $1,120.00 |
| ACCOUNT NO.<br>CenturyLink<br>100 Century Tel Drive<br>Monroe, LA 60197-4300<br>US | | | UTILITIES | | | | $82.61 |
| ACCOUNT NO.<br>Citi Cards<br>P.O. Box 182564<br>Columbus, OH 43218-2564<br>US | | | DEBT | | | | $12,462.72 |
| ACCOUNT NO.<br>City of Mansfield - Water/Sewer Bill<br>Attn: Ms. Carter<br>Utility Collections<br>99 Park Avenue East<br>Mansfield, OH 44902<br>US | | | UTILITIES | | | | $14.19 |
| ACCOUNT NO.<br>Columbia Gas of Ohio<br>200 Civic Center Drive<br>Columbus, OH 43215<br>US | | | UTILITIES | | | | $28.77 |
| ACCOUNT NO.<br>Denise King<br>1470 Harding Avenue<br>Mansfield, OH 44906<br>US | | | UNSECURED LOAN | | | | $64,981.60 |
| | | | Subtotal -> | | | | $78,689.89 |

In re    David R. Sharrock                                    Case No. _____
            **Debtor**                                                        **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Dennis Barr<br>1131 Monterey Drive<br>Mansfield, OH 44907<br>US | | | UNSECURED LOAN | | | | $6,573.00 |
| **ACCOUNT NO.**<br>Diana Marsam<br>448 Markley Street<br>Ashland, OH 44805<br>US | | | UNSECURED LOAN | | | | $57,200.00 |
| **ACCOUNT NO.**<br>Dorothy Brown<br>P.O. Box 5<br>Shiloh, OH 44878<br>US | | | UNSECURED LOAN | | | | $92,000.00 |
| **ACCOUNT NO.**<br>Dwight Browning<br>Rd #1, Box 911<br>Perryville, OH 44864<br>US | | | UNSECURED LOAN | | | | $26,684.00 |
| **ACCOUNT NO.**<br>Edward & Grace Weirs<br>3985 Weirs Street<br>Willard, OH 44890<br>US | | | UNSECURED LOAN | | | | $340,000.00 |
| **ACCOUNT NO.**<br>Edward Ballitch<br>712 Hazlett Road<br>Butler, OH 44822<br>US | | | UNSECURED LOAN | | | | $63,700.00 |
| | | | Subtotal -> | | | | $586,157.00 |

In re    David R. Sharrock                                  Case No._____
         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Eldean Kessler <br> P.O. Box 175 <br> New Haven, OH 44906 <br> US | | | UNSECURED LOAN | | | | $49,200.00 |
| **ACCOUNT NO.** <br> FirstMerit Bankcard Center <br> P.O. Box 1499 <br> Akron, OH 44309-1499 <br> US | | | DEBT | | | | $12,394.09 |
| **ACCOUNT NO.** <br> Gene Snell <br> 7080 Co Rd 97 <br> Mt Gilead, OH 43338 <br> US | | | UNSECURED LOAN | | | | $967,000.00 |
| **ACCOUNT NO.** <br> Gene Witzky <br> 381 Fox Road <br> Lexington, OH 44904 <br> US | | | UNSECURED LOAN | | | | $89,651.00 |
| **ACCOUNT NO.** <br> Gerald Barr <br> 10822 Downsville Pike <br> Hagerstown, MO 21740 <br> US | | | UNSECURED LOAN | | | | $6,573.00 |
| **ACCOUNT NO.** <br> Geraldine M. Pickelsimer <br> 129 West Main Street <br> Box 94 <br> Shiloh, OH 44878 <br> US | | | UNSECURED LOAN | | | | $58,000.00 |
| | | | Subtotal -> | | | | $1,182,818.09 |

In re    David R. Sharrock                                          Case No._____
                **Debtor**                                                    **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Glenn Maglott 616 Cline Avenue, Suite 203 Mansfield, OH 44907 US | | | UNSECURED LOAN | | | | $30,000.00 |
| **ACCOUNT NO.** Gospel Assembly Church 196 Briarwood Road Mansfield, OH 44907 US | | | UNSECURED LOAN | | | | $148,424.00 |
| **ACCOUNT NO.** Joan B. & Elaine Ballitch 6723 Township Rd 13 Centerburg, OH 43011 US | | | UNSECURED LOAN | | | | $115,767.76 |
| **ACCOUNT NO.** Larry Ferguson 1032 Bellmont Mansfield, OH 44906 US | | | UNSECURED LOAN | | | | $1,250.00 |
| **ACCOUNT NO.** Mack Price, Trustee 1264 Grace Street Mansfield, OH 44905 US | | | UNSECURED LOAN | | | | $768,000.00 |
| **ACCOUNT NO.** Marilyn Logan 254 Abbyfeale Road Mansfield, OH 44907 US | | | UNSECURED LOAN | | | | $85,545.00 |
| | | | Subtotal -> | | | | $1,148,986.76 |

In re _David R. Sharrock_           Case No._____

          **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Marilyn Predmore/ETC <br> P.O. Box 1529 <br> Elyria, OH 44035 <br> US | | | UNSECURED LOAN | | | | $50,186.00 |
| **ACCOUNT NO.** <br> Marvin Barr <br> 1052 County Road 2075 <br> Ashland, OH 44805 <br> US | | | UNSECURED LOAN | | | | $23,215.79 |
| **ACCOUNT NO.** <br> Max Cover <br> 337 South Street <br> Galion, OH 44833 <br> US | | | UNSECURED LOAN | | | | $16,864.00 |
| **ACCOUNT NO.** <br> Michael Viers/ETC <br> 3560 Springmill Road <br> Mansfield, OH 44875 <br> US | | | UNSECURED LOAN | | | | $50,000.00 |
| **ACCOUNT NO.** <br> Mildred Metcalf <br> 448 Markley Street <br> Ashland, OH 44805 <br> US | | | UNSECURED LOAN | | | | $9,700.00 |
| **ACCOUNT NO.** <br> Nancy Catalino <br> 761 Bennett Road <br> Angola, NY 14006 <br> US | | | UNSECURED LOAN | | | | $60,000.00 |
| | | | Subtotal -> | | | | $209,965.79 |

In re     David R. Sharrock _____                                Case No._____
                **Debtor**                                                        **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Nancy Long <br> 491 Overlook Road <br> Mansfield, OH 44907 <br> US | | | UNSECURED LOAN | | | | $153,036.00 |
| ACCOUNT NO. <br> Ohio Edison <br> 6896 Miller Road <br> Brecksville, OH 44141 <br> US | | | UTILITIES | X | X | X | Undetermined |
| ACCOUNT NO. <br> PNC Bank <br> P.O. Box 856177 <br> Louisville, KY 40285 <br> US | | | DEBT | | | | $18,272.68 |
| ACCOUNT NO. <br> Ramona Gilbert <br> 2018 Farmdale <br> Mansfield, OH 44905 <br> US | | | UNSECURED LOAN | | | | $21,500.00 |
| ACCOUNT NO. <br> Regina D. Marie <br> 8775 SW 211 Circle <br> Dunnelon, FL 34431 <br> US | | | UNSECURED LOAN | | | | $9,700.00 |
| ACCOUNT NO. <br> Residential Fund 118, LLC <br> Attn:  Ed Crowder & Paul Konapelsky <br> c/o REMIC <br> 901 Calle Amanacer, Ste 150 <br> San Clemente, CA 92673 <br> US | | | LAND CONTRACT | X | X | X | $50,246.38 |
| | | | Subtotal -> | | | | $252,755.06 |

In re    David R. Sharrock                                  Case No._____

           **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Richard & Marilyn Stein <br> 597 Honeycreek Rd W <br> Bellville, OH 44813 <br> US | | | UNSECURED LOAN | | | | $108,000.00 |
| **ACCOUNT NO.** <br> Richard F. Weber, Trustee <br> P.O. Box 5 <br> Shiloh, OH 44878 <br> US | | | UNSECURED LOAN | | | | $140,000.00 |
| **ACCOUNT NO.** <br> Rita A. Studer <br> 739 Pennsylvania Avenue <br> Mansfield, OH 44905 <br> US | | | UNSECURED LOAN | | | | $5,100.00 |
| **ACCOUNT NO.** <br> Robert L. Halter <br> 196 Briarwood Road <br> Mansfield, OH 44907 <br> US | | | UNSECURED LOAN | | | | $148,424.00 |
| **ACCOUNT NO.** <br> Ruby Cover <br> 337 South Street <br> Galion, OH 44833 <br> US | | | UNSECURED LOAN | | | | $22,000.00 |
| **ACCOUNT NO.** <br> Russel Pitts/Equity Trust <br> P.O. Box 1529 <br> Elyria, OH 44035 <br> US | | | UNSECURED LOAN | | | | $91,577.00 |
| | | | Subtotal -> | | | | $515,101.00 |

B 6F (Official Form 6F)(12/07)

In re    David R. Sharrock                                          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Sam Snell/ETC 2350 Woodbury Road Bellville, OH 44813 US | | | UNSECURED LOAN | | | | $243,600.00 |
| **ACCOUNT NO.** Suzanne Barr 148 S. Linden Mansfield, OH 44906 US | | | UNSECURED LOAN | | | | $6,573.00 |
| **ACCOUNT NO.** The Winnie Wiersma Trust Attn: Jack Weirsma 24510 Via ArribalLinda Yorpa Linda, CA 92587 US | | | UNSECURED LOAN | | | | $87,985.00 |
| **ACCOUNT NO.** Vickie Davis 20729 Canada Road Gambier, OH 43022 US | | | UNSECURED LOAN | | | | $8,161.00 |
| **ACCOUNT NO.** Visa Customer Service P.O. Box 30495 Tampa, FL 33630 US | | | DEBT | | | | $8,396.94 |
| **ACCOUNT NO.** Wayne Harris P.O. Box 23 Galion, OH 44833 US | | | UNSECURED LOAN | | | | $7,400.00 |
| | | | Subtotal -> | | | | $362,115.94 |

Generated using CasefilePRO

In re   <u>David R. Sharrock</u>                 Case No.<u>          </u>

**Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Wilfred Predmore/ETC <br> 1100 Cooblefield Drive <br> Ontario, OH 44903 <br> US | | | UNSECURED LOAN | | | | $154,900.00 |
| **ACCOUNT NO.** <br> William H. Lomax <br> P.O. Box 70 <br> Middlesex, NY 14507 <br> US | | | UNSECURED LOAN | | | | $35,000.00 |
| **ACCOUNT NO.** <br> William J. White <br> P.O. Box 179 <br> New Haven, OH 44850 <br> US | | | UNSECURED LOAN | | | | $46,000.00 |
| | | | Subtotal -> | | | | $235,900.00 |
| | | | Total -> | | | | $4,934,083.96 |

In re:   David R. Sharrock                          Case No.   _____
               Debtor                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See U.S.C. § 112 and Fed. R. Bankr.P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Alonzo Gilmore and Pastor Stanford<br>92 West 2nd Street, Unit 3<br>Mansfield, OH  44902 | Debtor is Lessor of Residential Property Lease |
| Charles Lewis and Judy Phillips<br>324 1st Avenue<br>Mansfield, OH  44904 | Debtor is Lessor of Residential Property Lease |
| Church of God<br>735 8th Avenue<br>Ashland, OH  44805 | Debtor is Lessor of Non-Residential Property Lease |
| David D. Hanes<br>7725 Oldfield Road<br>Crestline, OH  44827 | Debtor is Lessor of Residential Property Lease |
| David and Marlene Petty II<br>671 Karlson Drive<br>Mansfield, OH  44904 | Debtor is Lessor of Residential Property Lease |
| Elmer Prater and Robin Adams<br>3323 Parcher Road<br>Bucyrus, OH  44820 | Debtor is Lessor of Residential Property Lease |
| James L. Mullins<br>2933 State Route 97<br>Butler, OH  44822 | Debtor is Lessor of Residential Property Lease |

{4006712:}

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jasmine Bucher<br>1015 Lexington Avenue<br>Mansfield, OH 44907 | Debtor is Lessor of Residential Property Lease |
| Jason Anderson<br>R 912 Edwards Street<br>Galion, OH 44833 | Debtor is Lessor of Residential Property Lease |
| Jeffrey Saum<br>29 Swanger Avenue<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Jeremy and Tara Carney<br>615 Karlson Drive<br>Mansfield, OH 44904 | Debtor is Lessor of Residential Property Lease |
| Jerrio Brown and Lisa Finfgeld<br>92 West 2nd Street, Unit 12<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Jessica Hunter<br>500 Park Avenue W<br>Mansfield, OH 44906 | Debtor is Lessor of Residential Property Lease |
| Jill Stall<br>316 Kroft Avenue<br>Galion, OH 44833 | Debtor is Lessor of Residential Property Lease |
| John Peppard<br>92 West 2nd Street, Unit 11<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| John and Carol Jacobson<br>29 Chantilly Terrace Bay<br>St Louis, MO 39520 | Debtor is Lessor of Residential Property Lease |
| Kristen Clarke<br>160 Dix Street<br>Marion, OH 43302 | Debtor is Lessor of Residential Property Lease |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lake and Crystal Salmons<br>3872 Maxwell Drive<br>Lexington, OH 44904 | Debtor is Lessor of Residential Property Lease |
| Larry and Sharon Hartge<br>353 High Street<br>Mansfield, OH 44903 | Debtor is Lessor of Residential Property Lease |
| Lauren Clark<br>92 West 2nd Street, Unite 7<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Louis and Sharon Blivins<br>1831 Millsboro Road<br>Mansfield, OH 44906 | Debtor is Lessor of Residential Property Lease |
| Marcia Coey<br>2275 Lakewood Drive<br>Mansfield, OH 44905 | Debtor is Lessor of Residential Property Lease |
| Marcia Coey<br>1399 Ashland Road<br>Mansfield, OH 44905 | Debtor is Lessor of Residential Property Lease |
| Michael Elisa Schonatz<br>M.P.W Trust LLC<br>172 Sheets Drive<br>Mansfield, OH 44903 | Debtor is Lessor of Residential Property Lease |
| Michael and Rose Mary Kuhm<br>790 Taylor-Town Road<br>Mansfield, OH 44903 | Debtor is Lessor of Residential Property Lease |
| Mid-Ohio Collision Center<br>2900 W Fourth Street<br>Mansfield, OH 44906 | Debtor is Lessor of Non-Residential Property Lease |
| Monique S. Sheridan<br>92 West 2nd Street, Unit 4<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nu Hope Church<br>636 Brace Street<br>Mansfield, OH 44905 | Debtor is Lessor is Non-Residential Property Lease |
| Paster Logan<br>Ambassador<br>152 Cline Avenue<br>Mansfield, OH 44907 | Debtor is Lessor of Residential Property Lease |
| Pastor David Howell<br>407 Dean Road<br>Mansfield, OH  44903 | Debtor is Lessor of Residential Property Lease |
| Paul Fugutt<br>1004 Springmill Street<br>Mansfield, OH 44905 | Debtor is Lessor of Residential Property Lease |
| Prevailing Word Ministries<br>1652 Whetstone Street<br>Bucyrus, OH 44820 | Debtor is Lessor of Non-Residential Property Lease |
| Residential Fund 118, LLC<br>Attn: Ed Crowder & Paul Konapelsky<br>c/o REMIC 901<br>Calle Amanacer, Ste 150<br>San Clemente, CA 92673 | Debtor is Lessor of Non-Residential Property Lease |
| Scott Logan<br>150 Cline Avenue<br>Mansfield, OH 44907 | Debtor is Lessor of Residential Property Lease |
| Shirley and Rufus Mongague<br>92 West 2nd Street, Unit 10<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Sierra Burton<br>92 West 2nd Street, Unit 2<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Stacie Houck<br>92 West 2nd Street, Unit 5<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Steven and Cinta Sifred<br>363 Cherry Street<br>Galion, OH 44833 | Debtor is Lessor of Residential Property Lease |
| Studio 51 – TV 22<br>3333 Parcher Road<br>Bucyrus, OH 44820 | Debtor is Lessor of Residential Property Lease |
| Tamara Barrett<br>Flamming Ferguson & Barrett<br>40 Moffett Road<br>Lucas, OH 44843 | Debtor is Lessor of Residential Property Lease |
| Terry Feldhake<br>2701 Crider Road<br>Mansfield, OH 44903 | Debtor is Lessor of Residential Property Lease |
| Tikece Brent<br>92 West 2nd Street, Unit 1<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Torrance Stanford<br>92 West 2nd Street, Unit 8<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Wanda Shaffer<br>4594 State Route 96<br>Bucyrus, OH 44820 | Debtor is Lessor of Residential Property Lease |
| Wendy Aronhalt<br>92 West 2nd Street, Unit 9<br>Mansfield, OH 44902 | Debtor is Lessor of Residential Property Lease |
| Wings of Faith Church<br>1030 Myers Avenue<br>Ashland, OH 44805 | Debtor is Lessor of Non-Residential Property Lease |

12-62878-rk   Doc 1   FILED 10/23/12   ENTERED 10/23/12 12:01:01   Page 42 of 99

In re    <u>David R. Sharrock</u>                                      Case No.<u>            </u>

                        **Debtor**                                              **(If known)**

# SCHEDULE H - CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐      Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Doris Sharrock<br>1624 Estate Court<br>Mansfield, OH  44906 | Chase Bank<br>P.O. Box 9001022<br>Louisville, KY  40290 |
| Doris Sharrock<br>1624 Estate Court<br>Mansfield, OH  44906 | Citizens Bank<br>P.O. Box 5016<br>Sandusky, OH  44871 |
| Doris Sharrock<br>1624 Estate Court<br>Mansfield, OH  44906 | First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH  44833 |
| D.R.L. Properties Trust, LLC<br>993 Lexington Avenue<br>Mansfield, OH  44907 | First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH  44833 |
| David Trust Properties LLC<br>993 Lexington Avenue<br>Mansfield, OH  44907 | First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH  44833 |
| D&D Charity LLC<br>993 Lexington Avenue<br>Mansfield, OH  44907 | First Federal of Ohio<br>140 N. Columbus Street<br>Galion, OH  44833 |
| Doris Sharrock<br>1624 Estate Court<br>Mansfield, OH  44906 | Garland Johnson<br>3535 State Route 602<br>Bucyrus, OH  44820 |
| M.P.W. Trust<br>993 Lexington Avenue<br>Mansfield, OH  44907 | Garland Johnson<br>3535 State Route 602<br>Bucyrus, OH  44820 |
| Doris Sharrock<br>1624 Estate Court<br>Mansfield, OH  44906 | Mechanics Savings Bank<br>2 South Main Street<br>Mansfield, OH  44902 |
|  |  |

In re _____ ,     Case No. _____
                  **Debtor**                                                                 **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $_____ | $_____ |
| 2. Estimate monthly overtime | $_____ | $_____ |
| 3. SUBTOTAL | $_____ | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $_____ | $_____ |
|    b. Insurance | $_____ | $_____ |
|    c. Union dues | $_____ | $_____ |
|    d. Other (Specify): _____ | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $_____ | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $_____ | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8. Income from real property | $_____ | $_____ |
| 9. Interest and dividends | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____ | $_____ |
| 11. Social security or government assistance (Specify):_____ | $_____ | $_____ |
| 12. Pension or retirement income | $_____ | $_____ |
| 13. Other monthly income (Specify):_____ | $_____ | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $_____ | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $_____ | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ _____ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

In re _____ ,     Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                    $ _____
    a. Are real estate taxes included?          Yes _____     No _____
    b. Is property insurance included?           Yes _____     No _____
2. Utilities:   a. Electricity and heating fuel                                                                          $ _____
          b. Water and sewer                                                                               $ _____
          c. Telephone                                                                                          $ _____
          d. Other _____          $ _____
3. Home maintenance (repairs and upkeep)                                                                      $ _____
4. Food                                                                                                                          $ _____
5. Clothing                                                                                                                     $ _____
6. Laundry and dry cleaning                                                                                            $ _____
7. Medical and dental expenses                                                                                        $ _____
8. Transportation (not including car payments)                                                                   $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                     $ _____
10.Charitable contributions                                                                                               $ _____
11.Insurance (not deducted from wages or included in home mortgage payments)
        a. Homeowner's or renter's                                                                       $ _____
        b. Life                                                                                                     $ _____
        c. Health                                                                                                 $ _____
        d. Auto                                                                                                   $ _____
        e. Other _____              $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____          $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
        a. Auto                                                                                                   $ _____
        b. Other _____               $ _____
        c. Other _____               $ _____
14. Alimony, maintenance, and support paid to others                                                          $ _____
15. Payments for support of additional dependents not living at your home                               $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ _____
17. Other _Investment property loan payments and unsecured note payments._        $ _____

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $ _____
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:



20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I                                            $_____
    b. Average monthly expenses from Line 18 above                                                   $_____
    c. Monthly net income (a. minus b.)                                                                  $_____

4007021

In re _____ ,          Case No. _____
                **Debtor**                                                                                          **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                       **Debtor**

Date _____          Signature: _____
                                                                  (Joint Debtor, if any)

                                      [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          Social Security No.
Printed or Typed Name and Title, if any,          *(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                                              _____
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

IN RE: **DAVID R. SHARROCK** _____          CASE NO._____
                    Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1.      **Income from employment or operation of business**

None

☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $100,000.00 | 2010 Operation of Business (loss) |
| $14,940.00 | 2010 Social Security |
| $100,000.00 | 2011 Operation of Business (loss) |
| $14,940.00 | 2011 Social Security |

---

2.      **Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,000.00 | 2011 Sold policies with United American Insurance Company |

---

3.      **Payments to creditors**

        ***Complete a. or b., as appropriate, and c.***

None
☒

a.      *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| First Federal of Ohio 140 N. Columbus Street Galion, OH 44833 | 08/28/12 | $7,914.15 | See Schedule D |
| Halligan & Lang Co., LPA 1149 E. Main Street Ashland, OH 44085 | 08/15/12 | $49,000 | None |

None
☒        c.   *All Debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

4.   **Suits and administrative proceedings, executions, garnishments and attachments**

None
☐        a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *The United States of America v. David R. Sharrock*, Case No. 1:12 CR028 | Indictment | U.S. District Court, Northern District of Ohio | Pending |

None
☒        b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.   Assignments and receiverships**

None
☒

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None
☒

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

None
☐

### 7.  Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE GIFT |
|---|---|---|---|
| Berean Baptist Church 2145 Middle Belleville Road Mansfield, OH 44904 | None | Weekly | $100 each week |

None
☐

### 8.  Losses

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Fire Damage to: 1004 Springmill St. Mansfield, OH | Insurance claim paid $40,840.64 | 5/01/12 |

None
☐

### 9.  Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| McDonald Hopkins LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114 | 8/25/2012<br>10/10/2012 | $25,000.00<br>10,000.00 |
| BBP Partners<br>1111 Superior Avenue<br>Suite 1111<br>Cleveland, OH 44114 | 8/25/2012 | $7,500.00 |

---

10.a.     **Other transfers**

None


a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

None
☒

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

{4007099:}                                    7

14. **Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

15. **Prior address of debtor**

None
☒

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

16. **Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

　　**NAME**

17. **Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☒ None

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

☒ None

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

☒ None

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DEPOSITION |
|---|---|---|

### 18.  Nature, location and name of business

☐ None

a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO., COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| David Trust Properties LLC | 20-0324780 | 993 Lexington Avenue Mansfield OH 44907 | Hold real property for investment purposes | 10/23/03 - present |
| D&D Charity, LLC | 20-1840857 | 993 Lexington Avenue Mansfield OH 44907 | Hold real property for investment purposes | 10/23/03 - present |
| D.R.L. Properties Trust, LLC | 20-1840681 | 993 Lexington Avenue Mansfield OH 44907 | Hold real property for investment purposes | 10/23/03 - present |
| Crider Road LLC | 35-2254253 | 993 Lexington Avenue Mansfield OH 44907 | Hold real property for investment purposes | 09/25/07 – present |
| 92 West 2nd Street LLC | 20-4542101 | 993 Lexington Avenue Mansfield OH 44907 | Hold real property for investment purposes | 09/25/07 – present |

None

☒    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**NAME**                              **ADDRESS**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor; or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

19. **Books, records and financial statements**

None

☒    a.    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                  **DATES SERVICES RENDERED**

None
☐

b.   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

|  | | **DATES SERVICES** |
|:---:|:---:|:---:|
| **NAME** | **ADDRESS** | **RENDERED** |
| Kessel & Associates, Inc. | 1005 Lexington Avenue<br>Mansfield, OH 44907 | 3/10/87 - present |

None
☒

c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| **NAME** | **ADDRESS** |
|:---:|:---:|

None
☒

d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| **NAME AND ADDRESS** | **DATE ISSUED** |
|:---:|:---:|

20.  **Inventories**

None
☒

a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | **DOLLAR AMOUNT OF**<br>**INVENTORY** |
|:---:|:---:|:---:|
|  | **INVENTORY** | **(Specify cost, market** |
| **DATE OF INVENTORY** | **SUPERVISOR** | **or other basis)** |

None
☒    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

**21. Current Partners, Officers, Directors and Shareholders**

None
☒    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

None
☒    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

**22. Former partners, officers, directors and shareholders**

None
☒    a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

{4007099:}                                          12

☒ None

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23. **Withdrawals from a partnership or distributions by a corporation**

☒ None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. **Tax Consolidation Group**

☒ None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. **Pension Funds**

☒ None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

DECLARATION

I declare under penalty of perjury that I have read the answers contained in the foregoing  statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date October 23, 2012                          Signature:/s/ David R. Sharrock_____
                                               Printed Name:___David R. Sharrock_____
                                               Title:_____


                         0   continuation sheets attached


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _____,                Case No. _____
            Debtor                                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt**: |

Property will be *(check one)*:
   ❐ Surrendered        ❐ Retained

If retaining the property, I intend to *(check at least one)*:
   ❐ Redeem the property
   ❐ Reaffirm the debt
   ❐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ❐ Claimed as exempt        ❐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt**: |

Property will be *(check one)*:
   ❐ Surrendered        ❐ Retained

If retaining the property, I intend to *(check at least one)*:
   ❐ Redeem the property
   ❐ Reaffirm the debt
   ❐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ❐ Claimed as exempt        ❐ Not claimed as exempt

4000679

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES     ❏ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____

_____
Signature of Debtor

_____
Signature of Joint Debtor

4000679

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A -** Continuation

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt**: |

Property will be *(check one)*:
    ❏ Surrendered        ❏ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ❏ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ❏ Claimed as exempt        ❏ Not claimed as exempt

**PART B -** Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ❏ YES    ❏ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ❏ YES    ❏ NO |

4000679

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>First Federal of Ohio | **Describe Property Securing Debt:**<br>316 Kroft Ave., Galion, OH |

Property will be *(check one)*:
    ☒ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt      ☐ Not claimed as exempt

<br>

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>First Federal of Ohio | **Describe Property Securing Debt:**<br>363 Cherry Street, Galion, OH |

Property will be *(check one)*:
    ☒ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt      ☐ Not claimed as exempt

{4006481:}

B 8 (Official Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:** <br><br> First Federal of Ohio | **Describe Property Securing Debt:** <br><br> 6270 Glade Ave., Galion, OH |

Property will be *(check one)*:
    ☒ Surrendered           ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** <br><br> First Federal of Ohio | **Describe Property Securing Debt:** <br><br> 1652 Whetstone St., Bucyrus, OH |

Property will be *(check one)*:
    ☒ Surrendered           ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

{4006481:}

| Property No. 8 | |
|---|---|
| **Creditor's Name:** First Federal of Ohio | **Describe Property Securing Debt:** 259 Glessner Avenue, Mansfield, OH |

Property will be *(check one)*:
☒ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f).

Property is *(check one)*:
☐ Claimed as exempt ☐ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:** First Federal of Ohio | **Describe Property Securing Debt:** 671 Karlson Dr., Mansfield, OH |

Property will be *(check one)*:
☒ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f).

Property is *(check one)*:
☐ Claimed as exempt ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>615 Karlson Dr., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>501 Lawn Ave., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>1015 Lexington Ave., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>993 Lexington Ave., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>3323 Parcher Road, Bucyrus, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br><br>First Federal of Ohio | **Describe Property Securing Debt:**<br><br>3333 Parcher Road, Bucyrus, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br><br>Garland Johnson | **Describe Property Securing Debt:**<br><br>324 – 1st Avenue, Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br><br>Mechanics Savings Bank | **Describe Property Securing Debt:**<br><br>3872 Maxwell Road, Lexington, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br><br>PNC Bank | **Describe Property Securing Debt:**<br><br>7725 Oldfield Road, Crestline, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

<br>

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br><br>Sutton Bank | **Describe Property Securing Debt:**<br><br>636 Brace St., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>Sutton Bank | **Describe Property Securing Debt:**<br>152 Cline Ave., Mansfield, OH |

Property will be *(check one)*:
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☐ Not claimed as exempt

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>Sutton Bank | **Describe Property Securing Debt:**<br>912 Edwards St., Galion, OH |

Property will be *(check one)*:
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☐ Not claimed as exempt

{4006481:}

B 8 (Official Form 8) (12/08)

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br><br>Sutton Bank | **Describe Property Securing Debt:**<br><br>667 Henry St., Marion, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 23 | |
|---|---|
| **Creditor's Name:**<br><br>Sutton Bank | **Describe Property Securing Debt:**<br><br>428 Water St., Caledonia, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

{4006481:}

| Property No. 24 | |
|---|---|
| **Creditor's Name:** <br> Sutton Bank | **Describe Property Securing Debt:** <br> 735 8^th^ Ave., Ashland, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

---

| Property No. 25 | |
|---|---|
| **Creditor's Name:** <br> Sutton Bank | **Describe Property Securing Debt:** <br> 4594 State Route 96, Bucyrus, OH |

Property will be *(check one)*:
    ☒ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 26 | |
|---|---|
| **Creditor's Name:** <br><br> Sutton Bank | **Describe Property Securing Debt:** <br><br> 2701 Crider Rd., Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 27 | |
|---|---|
| **Creditor's Name:** <br><br> Sutton Bank | **Describe Property Securing Debt:** <br><br> 2933 State Route 97, Butler, OH |

Property will be *(check one)*:
    ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt        ☐ Not claimed as exempt

{4006481:}

| Property No. 28 | |
|---|---|
| **Creditor's Name:**<br><br>Sutton Bank | **Describe Property Securing Debt:**<br><br>790 Taylor-Town Road, Mansfield, OH |

Property will be *(check one)*:
    ☒ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

| Property No. 29 | |
|---|---|
| **Creditor's Name:**<br><br>Sutton Bank | **Describe Property Securing Debt:**<br><br>40 Moffett Rd., Lucas, OH |

Property will be *(check one)*:
    ☒ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of _____

**In re**

Case No. _____

**Debtor**

Chapter _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

3999506

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black;">

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____      /s/ John A. Polinko
        *Date*                           *Signature of Attorney*

                            _____
                                    *Name of law firm*

</div>

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-_____ |
| DAVID R. SHARROCK, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## DECLARATION CONCERNING THE CREDITOR MATRIX

I, David R. Sharrock, declare under penalty of perjury that I have reviewed the foregoing

Creditor Matrix and the information contained therein is true and correct to the best of my

information and belief.

Dated: October 23, 2012 /s/ David R. Sharrock_____

Name:  David R. Sharrock

{4020588:}

ALONZO GILMORE AND
PASTOR RUSSELL STANFORD
92 W 2ND ST., #3
MANSFIELD, OH  44902

ANNE VAUGHN, TRUSTEE
324 CHAPMAN WAY
LEXINGTON, OH  44904

BANK OF AMERICA
P.O. BOX 982235
EL PASO, TX  79998-2235

BLANE FINNEGAN
10 HARDING HEIGHTS BLVD
MANSFIELD, OH  44905

BRUCE EDMONDS
2149 COTTER ROAD
MANSFIELD, OH  44903

CENTURYLINK
100 CENTURY TEL DRIVE
MONROE, LA  71203

CHARITY, LLC
993 LEXINGTON AVENUE
MANSFIELD, OH  44907

CHARLES LEWIS & JUDY PHILLIPS
324 1ST AVE.
MANSFIELD, OH  44902

CHASE BANK
P.O. BOX 9001022
LOUISVILLE, KY  40290

CHURCH OF GOD
735 - 8TH AVENUE
ASHLAND, OH  44805

CITI CARDS
P.O. BOX 6500
SIOUX FALLS, SD  57115

{4020588:}

CITIZENS BANK
P.O. BOX 5016
SANDUSKY, OH  44871

CITY OF MANSFIELD - WATER/SEWER
UTILITY COLLECTIONS
99 PARK AVENUE EAST
MANSFIELD, OH  44902

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DRIVE
COLUMBUS, OH  43215

DAVID AND MARLENE PETTY II
671 KARLSON DR.
MANSFIELD, OH  44094

DAVID D. HANES
7725 OLDFIELD RD.
CRESTLINE, OH  44827

DAVID TRUST PROPERTIES, LLC
993 LEXINGTON AVENUE
MANSFIELD, OH  44907

DENISE KING
1470 HARDING AVENUE
MANSFIELD, OH  44906

DENNIS BARR
1131 MONTEREY DRIVE
MANSFIELD, OH  44907

DIANA MARSAM
448 MARKLEY STREET
ASHLAND, OH  44805

DORIS SHARROCK
1624 ESTATE COURT
MANSFIELD, OH  44906

DOROTHY BROWN
P.O. BOX 5
SHILOH, OH  44878

{4020588:}

DRL PROPERTIES, LLC
993 LEXINGTON AVENUE
MANSFIELD, OH  44907

DWIGHT BROWNING
RD #1, BOX 911
PERRYSVILLE, OH  44864

EDWARD & GRACE WEIRS
3985 WEIRS STREET
WILLARD, OH  44890

EDWARD BALLITCH
712 HAZLETT ROAD
BUTLER, OH  44822

ELDEAN KESSLER
P.O. BOX 175
NEW HAVEN, OH  44906

ELMER PRATER & ROBIN ADAMS
3323 PARCHER RD,
BUCYRUS, OH  44820

FIRST FEDERAL OF OHIO
140 N. COLUMBUS STREET
GALION, OH  44833

FIRSTMERIT BANKCARD CTR
P.O. BOX 1499
AKRON, OH  44309-1499

GARLAND JOHNSON
3535 ST RT 602
BUCYRUS, HO  44820

GENE SNELL
7080 CO RD 97
MT GILEAD, OH  43338

GENE WITZKY
381 FOX ROAD
LEXINGTON, OH  44904

{4020588:}

GERALD BARR
10822 DOWNSVILLE PIKE
HAGERSTOWN, MO  21740

GERALDINE M. PICKELSIMER
129 W. MAIN STREET
BOX 94
SHILOH, OH  44878

GLENN MAGLOTT
616 CLINE AVENUE, #203
MANSFIELD, OH  44907

GOSPEL ASSEMBLY CHURCH
196 BRIARWOOD ROAD
MANSFIELD, OH  44907

HAMILTON INSURANCE SERVICES
1346 LEXINGTON AVE.
MANSFIELD, OH  44907

JAMES L. MULLINS
2933 STATE ROUTE 97
BUTLER, OH  44822

JASMINE BUCHER
1015 LEXINGTON AVE.
MANSFIELD, OH  44907

JASON ANDERSON
912 EDWARDS ST.
GALION, OH  44833

JEFFREY SAUM
29 SWANGER AVE.
MANSFIELD, OH  44902

JEREMY AND TARA CARNEY
615 KARLSON DR.
MANSFIELD, OH  44904

JERRIO BROWN & LISA FINFGELD
92 W 2ND ST., #12
MANSFIELD, OH  44902

JESSICA HUNTER
500 PARK AVE. W
MANSFIELD, OH  44906

JILL STALL
316 KROFT AVE.
GALION, OH  44833

JOAN B. & ELAINE BALLITCH
6723 TOWNSHIP RD 13
CENTERBURG, OH  43011

JOAN KASOTIS
MARION COUNTY AUDITOR
222 WEST CENTER STREET
MARION, OH  43302

JOHN AND CAROL JACOBSON
29 CHANTILLY TERR. BAY
ST. LOUIS, MS  39520

JOHN PEPPARD
92 W 2ND ST., #11
MANSFIELD, OH  44902

KRISTEN CLARKE
160 DIX ST.
MARION, OH  43302

LAKE AND CRYSTAL SALMONS
3872 MAXWELL DR.
LEXINGTON, OH  44904

LARRY AND SHARON HARTGE
353 HIGH ST.
MANSFIELD, OH  44903

LARRY FERGUSON
1032 BELLMONT
MANSFIELD, OH  44906

LAUREN CLARK
92 W 2ND ST., #7
MANSFIELD, OH  44902

{4020588:}

LOUIS AND SHARON BLIVINS
1831 MILLSBORO RD.
MANSFIELD, OH  44906

MACK PRICE, TRUSTEE
1264 GRACE STREET
MANSFIELD, OH  44905

MARCIA COEY
1399 ASHLAND RD.
MANSFIELD, OH  44905

MARCIA COEY
2275 LAKEWOOD DR.
MANSFIELD, OH  44905

MARILYN LOGAN
254 ABBYFEALE ROAD
MANSFIELD, OH  44907

MARILYN PREDMORE/ETC
P.O. BOX 1529
ELYRIA, OH  44035
MARVIN BARR
1052 COUNTY ROAD 2075
ASHLAND, OH  44805

MAX COVER
337 SOUTH STREET
GALION, OH  44833

MECHANIC
2 S MAIN STREET
MANSFIELD, OH  44902

MICHAEL & ROSE MARY KUHM
720 TAYLOR-TOWN RD.
MANSFIELD, OH  44903

MICHAEL ELISA SCHONATZ
M.P.W. TRUST LLC
172 SHEETS DR.
MANSFIELD, OH  44903

{4020588:}

MICHAEL VIERS/ETC
3560 SPRINGMILL ROAD
MANSFIELD, OH  44875

MID-OHIO COLLISION CENTER
2900 W FOURTH ST.
MANSFIELD, OH  44906

MILDRED METCALF
448 MARKLEY STREET
ASHLAND, OH  44805

MONIQUE S. SHERIDAN
92 W 2ND ST., #4
MANSFIELD, OH  44902

NANCY CATALINO
761 BENNETT ROAD
ANGOLA, NY  14006

NANCY LONG
491 OVERLOOK ROAD
MANSFIELD, OH  44907

NU HOPE CHURCH
636 BRACE ST.
MANSFIELD, OH  44905

OHIO EDISON
6896 MILLER ROAD
BRECKSVILLE, OH  44141

PASTOR DAVID HOWELL
407 DEAN RD.
MANSFIELD, OH  44906

PASTOR LOGAN
AMBASSADOR
152 CLINE AVE.
MANSFIELD, OH  44907

PATRICK W. DROPSEY
RICHLAND COUNTY AUDITOR
50 PARK AVENUE EAST
MANSFIELD, OH  44902

{4020588:}

PAUL FUGETT
1004 SPRINGMILL ST.
MANSFIELD, OH  44905

PHIL LEIBOLT, ASHLAND COUNTY AUDITOR
ASHLAND COUNTY COURTHOUSE
142 W. 2ND STREET
ASHLAND, OH  44805

PNC BANK
P.O. BOX 3429
PITTSBURGH, PA  15230-3429

PNC BANK
P.O. BOX 856177
LOUISVILLE, KY  40285

PREVAILING WORD MINISTRIES
1652 WHETSTONE ST.
BUCYRUS, OH  44820

RAMONA GILBERT
2018 FARMDALE
MANSFIELD, OH  44905

REGINA D. MARIE
8775 SW 211 CIRCLE
DUNNELON, FL  34431

RESIDENTIAL FUNDS 118 LLC
C/O REMIC
901 CALLE AMANACER, STE 150
ATTN: PAUL KONAPELSKY
SAN CLEMENTE, CA  92673

RICHARD & MARILYN STEIN
597 HONEYCREEK RD W
BELLVILLE, OH  44813

RICHARD F. WEBER, TRUSTEE
P.O. BOX 5
SHILOH, OH  44878

RITA A. STUDER
739 PENNSYLVANIA AVENUE
MANSFIELD, OH  44905

{4020588:}

ROBERT L. HALTER
196 BRIARWOOD ROAD
MANSFIELD, OH  44907

ROBIN E. HILDEBRAND
CRAWFORD COUNTY AUDITOR
112 E. MANSFIELD STREET
BUCYRUS, OH  44820-0150

RUBY COVER
337 SOUTH STREET
GALION, OH  44833

RUSSEL PITTS/EQUITY TRUST
P.O. BOX 1529
ELYRIA, OH  44035

SAM SNELL/ETC
2350 WOODBURY ROAD
BELLVILLE, OH  44813

SCOTT LOGAN
150 CLINE AVENUE
MANSFIELD, OH  44907

SHIRLEY & RUFUS MONGAGUE
92 W 2ND ST., #10
MANSFIELD, OH  44902

SIERRA BURTON
92 W 2ND ST., #2
MANSFIELD, OH  44902

STACIE HOUCK
92 W 2ND ST., #5
MANSFIELD, OH  44902

STEVEN AND CINTA SIFRED
363 CHERRY ST.
GALION, OH  44833

STUDIO 51 - TV-22
3333 PARCHER RD.
BUCYRUS, OH  44820

{4020588:}

SUTTON BANK
P.O. BOX 505
ATTICA, OH  44807

SUZANNE BARR
148 S. LINDEN
MANSFIELD, OH  44906

TAMARA BARRETT
FLAMMING FERGUSON & BARRETT
40 MOFFETT RD.
LUCAS, OH  44843

TERRY FELDHAKE
2701 CRIDER RD.
MANSFIELD, OH  44903

THE WINNIE WIERSMA TRUST
ATTN: JACK WEIRSMA
24510 VIA ARRIBALINDA
YORPA LINDA, CA  92587

TIKECE BRENT
92 W 2ND ST., #1
MANSFIELD, OH  44902

TORRANCE STANFORD
92 W 2ND ST., #8
MANSFIELD, OH  44902

TWILA MCFAIREN
92 W 2ND ST., #6
MANSFIELD, OH  44902

VICKIE DAVIS
20729 CANADA ROAD
GAMBIER, OH  43022

VISA
CUSTOMER SERVICE
P.O. BOX 30495
TAMPA, FL  33630
WANDA SHAFFER
4594 ST. RT. 96
BUCYRUS, OH  44820

{4020588:}

WAYNE HARRIS
P.O. BOX 23
GALION, OH  44833

WENDY ARONHALT
92 W 2ND ST., #9
MANSFIELD, OH  44902

WILFRED PREDMORE/ETC
1100 COOBLEFIELD DRIVE
ONTARIO, OH  44903

WILLIAM H. LOMAX
P.O. BOX 70
MIDDLESEX, NY  14507

WILLIAM J. WHITE
P.O. BOX 179
NEW HAVEN, OH  44850

WINGS OF FAITH CHURCH
1030 MYERS AVE.
ASHLAND, OH  44805

{4020588:}

In re **David R. Sharrock**
_____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ☐ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I.  MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| | |
| --- | --- |
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below,  (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

4000681

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary business expenses — $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |

4000681

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.     $<br>b.     $<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

| Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2) | |
|---|---|
| 16    **Enter the amount from Line 12.** | $ |
| 17    **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.     $<br>b.     $<br>c.     $<br><br>Total and enter on Line 17. | $ |
| 18    **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | |
|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | $ |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ | $ |

4000681

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |<br>| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |<br>| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |

4000681

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34 <br> **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below: <br> $ _____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|----|----|----|----|----|
| a. | | | $ | ☐ yes  ☐ no |
| b. | | | $ | ☐ yes  ☐ no |
| c. | | | $ | ☐ yes  ☐ no |
| | | | Total: Add Lines a, b and c. | |

(Line 42 total column) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|----|----|----|----|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

(Line 43 total column) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt.** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

# Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b and c | $ |

\**Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*
4000681

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* <br><br> Date: _____          Signature: _____ <br> *(Debtor)* <br><br> Date: _____          Signature: _____ <br> *(Joint Debtor, if any)* |